BERGEN, Respondent, v. MANHATTAN RY. CO., Appellant.

(*Supreme Court, General Term, First Department.* November 7, 1889.)

Argued before VAN BRUNT, P. J., and DANIELS and BARRETT, JJ.

No opinion. Judgment affirmed, with costs to respondent.

---

MAKIN v. BLOSSOM.

(*Supreme Court, General Term, First Department.* December 2, 1889.)

No opinion. Motion denied.

---

*In re* BERREIN'S WILL.

(*Supreme Court, General Term, First Department.* January 10, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion denied. For former report, see 5 N. Y. Supp. 37.

---

BUTTERFIELD, Respondent, v. BENNETT, Appellant.

(*Supreme Court, General Term, First Department.* January 10, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Drachman & Nelson*, for respondent. *John Townshend*, for appellant.

No opinion. Upon appellant's stipulating to argue in February, 1890, motion denied.

---

CHEEVER v. BROWN et al.

(*Supreme Court, General Term, First Department.* January 10, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Butler, Stillman & Hubbard*, for plaintiff.

No opinion. Motion denied. For former report, see 7 N. Y. Supp. 918.